An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JANELLE DIETRICH,
Appellant,
vs.
WILLIAM KOHLMOOS,
Respondent.

No. 62592

FILED

SEP 20 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a proper person appeal from a district court order enforcing a settlement agreement in a tort action. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant filed a complaint against respondent alleging damages due to an automobile accident. A settlement conference was held, and appellant agreed to settle her claims for a certain amount. The agreement was placed on the district court record by appellant's attorney and agreed to by appellant, who indicated that she understood that the agreement was permanent and binding and that she could not later change her mind. Appellant later refused to sign the written settlement agreement, and the district court granted respondent's motion to enforce the settlement and dismissed the case. This appeal followed.

Having reviewed appellant's proper person appeal statement and the record on appeal, we conclude that the district court properly granted respondent's motion to enforce the settlement. Under DCR 16, a district court may enforce a settlement agreement against a party if the essential terms are entered into the district court's minutes following a stipulation. *Grisham v. Grisham*, 128 Nev. ___, ___, 289 P.3d 230, 233

SUPREME COURT
OF
NEVADA

(O) 1947A

13-28048

(2012); *see May v. Anderson*, 121 Nev. 668, 672, 119 P.3d 1254, 1257 (2005). The record on appeal shows that appellant agreed on the record to settle her case for a specific amount, agreed to all the essential terms of the settlement, and indicated several times that she agreed to the settlement and understood that the settlement was permanent and binding. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Connie J. Steinheimer, District Judge
     Janelle Dietrich
     Van Walraven & Harris
     Washoe District Court Clerk

---

[1]In light of this order, we need not address appellant's argument that this court should also reverse the district court's order granting her former counsel's attorney fees lien if this court were to reverse the district court's order enforcing the settlement.